Henry G. Wykowski (State Bar No. 068255)
**HENRY G. WYKOWSKI & ASSOCIATES**
235 Montgomery Street, Suite 657
San Francisco, CA 94104
Telephone: (415) 788-4545
Facsimile: (415) 788-4546

*Attorneys for Respondent*
GRASS ROOTS NONPROFIT COLLECTIVE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Petitioner,<br><br>      v.<br><br>GRASS ROOTS NONPROFIT COLLECTIVE INC.,<br><br>            Respondent . | No. CV 13 5780 SC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RESCHEDULING HEARING ON ORDER TO SHOW CAUSE AS TO WHY SUMMONS SHOULD NOT BE ENFORCED AND EXTENDING DEADLINE FOR RESPONDENT TO RESPOND**<br><br>**Petition Filed: December 13, 2013**<br>**The Honorable Samuel Conti** |

1.     WHEREAS, this Court previously ordered that Respondent Grass Roots Nonprofit Collective, Inc. file a written response to the Court's Order to Show Cause by January 31, 2014.

2.     WHEREAS, this Court previously ordered that a hearing on the Order to Show Cause be held on February 21, 2014 at 10:00 A.M.

3.     WHEREAS, counsel for Respondent was already committed to be out of the county on business on February 21st.

4.     WHEREAS, counsel for Petitioner and counsel for Respondent are presently

STIPULATION AND PROPOSED ORDER

1

negotiating a resolution to this petition that may eliminate the need for the Court to issue a ruling, the parties have agreed to continue the presently pending deadline and hearing date.

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

1. The time for Respondent to respond to the Order to Show Cause is hereby continued to March 3rd, 2014, and the hearing on the Order to show cause is hereby continued to March 21st, at a time convenient for the court.

/s/ Thomas Moore
THOMAS MOORE
Assistant United States Attorney
Tax Division
*Counsel for Petitioner*

/s/ Henry Wykowski
HENRY WYKOWSKI
*Counsel for Respondent*

# [PROPOSED] ORDER

GOOD CAUSE APPEARING, and in the interests of justice, it is hereby ordered that the deadline for Respondent to file a response to the Order to Show Cause is hereby continued to March 3, 2014, and the hearing on the Order to Show Cause is hereby continued and shall be held on  March 21st (_____) at __10:00 a.m.__.

SO ORDERED

02/05/2014
DATE

Judge Samuel Conti

STIPULATION AND PROPOSED ORDER

2