MELINDA HAAG (CABN 132612)
United States Attorney
THOMAS MOORE (ALBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7017
    FAX: (415) 436-7009

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV 13-5780 SC |
| Petitioner, | |
| v. | STIPULATION TO DISMISS AND [~~PROPOSED~~] ORDER |
| GRASS ROOTS NONPROFIT COLLECTIVE, INC., | |
| Respondent. | |

For the reason that Respondent has produced all the records in its possession or control as required by the summons at issue, it is hereby stipulated between Petitioner, United States of America and Respondent, Grass Roots Nonprofit Collective, Inc., through their respective counsel, that this matter be dismissed without prejudice, each party to bear their own costs and attorney's fees.

                                                  MELINDA HAAG
                                                  United States Attorney

_____/s/_____        _____/s/_____
HENRY G. WYKOWSKI                            THOMAS MOORE
Henry G. Wykowski & Associates              Assistant United States Attorney
Attorney for Respondent                             Chief, Tax Division
Grass Roots Nonprofit Collective, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 05/02/2014                         _____
                                         UNITED STATES DISTRICT JUDGE
                                         Judge Samuel Conti